UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-80279-Civ-MIDDLEBROOKS/JOHNSON

KEYVAN BEHESHTI,

        Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

Defendants.

_____/



## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed June 9, 2008 (DE 12). The Court has reviewed the submissions of counsel and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Plaintiff's Notice is AFFIRMED, and this case is DISMISSED WITH PREJUDICE. It is further ORDERED that this case is CLOSED, and all pending motions are thereby DENIED as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _11_ day of June, 2008.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

copies to counsel of record